

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X  Civil Action No.:
UNITED STATES OF AMERICA,                                CV-10-1353 (ARR)

                Plaintiff,

    -against-

RONALD G. FISHER
a/k/a RONALD FISHER,

               Defendant,
------------------------------------------------------X

## JUDGMENT

Upon Defendant's consent, it is adjudged that the United States of America recover from: Ronald G. Fisher a/k/a Ronald Fisher, residing at: 115-117 231st Street, Cambria Heights, New York 11411.

| | |
|---|---|
| Principal Balance: | $28,340.38 |
| Total Interest Accrued at 8.000% | $32,474.69 |
| Filing and Service of Process: | $350.00 |
| Total Due: | $61,165.07 |

Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

Signed: Islip, New York
August 16, 2010

                                /Signed by Judge Ross/

                                Hon. Allyne R. Ross
                                United States District Judge